Joseph G. Bach v. Silver Lake Railway Company.— Motion for reargument denied, with

ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. All concurred.